UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FULVIO CASTILLO GOMEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SERGIO ALBARRAN, et al.,<br><br>　　　　Defendants. | Case No. 26-cv-01790-NW<br><br>**NOTICE OF QUESTIONS FOR HEARING RE MOTION TO DISSOLVE TRO**<br><br>Re: ECF No. 10 |

　　　　Please take notice of the following questions to be addressed at the hearing regarding Respondents' motion to dissolve the temporary restraining order scheduled for March 5, 2026, at 10:30 a.m.  The parties should not reargue matters addressed in their briefs and shall not file written responses to this Notice of Questions.

1. Does Petitioner dispute the authenticity of the documents submitted by Respondents (i.e., the Notice to Appear) in their motion to dissolve?

2. What notice was the Government required to give of (a) the Notice to Appear, (b) the Order of Removal, and (c) any other immigration status information?

3. Did ICE have a warrant to arrest Petitioner on March 2, 2026?  If not, what is the legal authority that Respondents rely upon for an arrest without a warrant?

4. Assuming the Order of Removal is valid, what authority, if any, exists that demonstrates the Government can detain and/or remove Petitioner now, given that more than 180 days have passed since the issuance of the Order of Removal?

5. Is it the Government's position that Petitioner, who has resided in the United States for more than 20 years, can be arrested and detained without any further legal process?  How long may Petitioner be detained without due process?  What is the authority for that position?

6. How, if at all, should the Court factor in Petitioner's allegation that the first time he learned of the removal order was this week?  Or that he does not have the ability to read or write?

7. Does the holding in *Gregorio Ordonez v. Bondi*, No. 2:25-CV-02356-JHC-TLF, 2025 WL 3852444 (W.D. Wash. Dec. 19, 2025), *report and recommendation adopted,* No. 2:25-CV-02356-JHC-TLF, 2026 WL 30022 (W.D. Wash. Jan. 5, 2026) apply? If not, what is the authority that supports that position?

8. Petitioner states in his declaration that, "About three years ago, around 2023, I hired an immigration lawyer to try to legalize my status. I wanted to find out what happened with my court case and try to work towards getting legal status. **The lawyer did a search for my records and told me that no records appeared**, which suggested that I was never given a court date." ECF No. 12-2 at 3. Why would a search reveal no records?

**IT IS SO ORDERED.**

Dated: March 4, 2026

Noël Wise
United States District Judge