JONATHAN ABEL (CA SBN #293086), Designated Counsel for Service
Professor of Law
U.C. Law San Francisco, Immigrants' Rights Clinic
200 McAllister Street, Rm. 342-200
San Francisco, CA 94102
Telephone: 617-548-6230
Facsimile: 415-712-0228
Email: abeljonathan@uclawsf.edu

SHIRA LEVINE (CA SBN #293080)
Deputy Legal Director
Immigration Institute of the Bay Area
476 3rd St.,
Oakland, CA 94607
Telephone: 734-262-1930
Email: slevine@iibayarea.org

Pro Bono Attorneys for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FULVIO CASTILLO GOMEZ, | Case No. 5:26-cv-01790-NW |
| Petitioner, | |
| v. | **STIPULATION AND [PROPOSED] ORDER REGARDING PRELIMINARY INJUNCTION BRIEFING** |
| SERGIO ALBARRAN, *et al.*, | |
| Respondents. | |

Pursuant to the Court's instructions at the March 5, 2026 hearing, the parties met and conferred regarding the procedure and schedule for further proceedings in this matter. *See* Civil Local Rules 6-2(a) and 7-12. The parties propose the following schedule to allow full briefing of the issues raised during the March 5, 2026 hearing.

The parties hereby STIPULATE and respectfully REQUEST that the Court enter the following briefing schedule governing Petitioner's Motion for Preliminary Injunction:

1. Petitioner's Motion for Preliminary Injunction shall be filed no later than March 27, 2026;

2. Respondents' Opposition to the Motion for Preliminary Injunction shall be filed no later than

April 10, 2026;

3. Petitioner's Reply in Support of the Motion for Preliminary Injunction shall be filed no later than April 20, 2026.

The Temporary Restraining Order entered on March 3, 2026, ECF No. 6, shall remain in effect pending the Court's resolution of Petitioner's Motion for Preliminary Injunction.

The parties respectfully request that the Court set a hearing on the Motion for Preliminary Injunction on April 27, 2026, or on another date convenient for the Court.

Dated:  March 6, 2026

                                                Respectfully submitted,

*/s/ Jonathan Abel*
Jonathan Abel
Pro Bono Attorney for Petitioner

Dated:  March 6, 2026                    /s/ *Michael J. Starrett*
                                                Michael J. Starrett
Special Assistant United States Attorney
Attorney for Respondents

In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED that:

- Petitioner's Motion for Preliminary Injunction shall be filed no later than **March 27, 2026**;
- Respondents' Opposition to the Motion for Preliminary Injunction shall be filed no later than **April 10, 2026**;
- Petitioner's Reply in Support of the Motion for Preliminary Injunction shall be filed no later than **April 20, 2026**.

The Temporary Restraining Order entered on March 3, 2026, ECF No. 6, shall remain in effect pending the Court's resolution of the Motion for Preliminary Injunction.

The Court sets a hearing on the Motion for Preliminary Injunction for **April 28, 2026**.

Dated: _____March 9_____, 2026

_____
HON. NOËL WISE
United States District Judge