UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FULVIO CASTILLO GOMEZ, | Case No. 26-cv-01790-NW |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| SERGIO ALBARRAN, et al., | |
| Defendants. | |

On May 5, 2026, the Court granted Petitioner Fulvio Castillo Gomez's motion for preliminary injunction and ordered that "[t]he parties shall immediately inform the Court, within three days, if there are any changes to Petitioner's immigration status or upcoming immigration proceedings." ECF No. 29 at 14.

In accordance with that Order, on June 15, 2026, Mr. Gomez filed a notice of upcoming immigration proceeding. ECF No. 35. The notice stated that, on May 20, 2026, the U.S. Department of Homeland Security ("DHS")—represented by William Skewes-Cox, counsel of record for Respondents in this action—filed a motion before the Harlingen, Texas Immigration Court seeking an expedited pre-deprivation bond hearing for Mr. Gomez. *Id.*; ECF No. 35-2. On June 5, 2026, the Harlingen Immigration Court set a hearing for June 26, 2026. ECF No. 35-3. Counsel for Mr. Gomez received notice of the hearing on June 15, 2026. ECF No. 35-1 ¶ 4.

Counsel for Respondents were fully informed of this Court's May 5, 2026 Order when the Immigration Court issued its Order on June 5, 2026, and accordingly were obligated to inform the Court of the pre-deprivation bond hearing by no later than June 8, 2026. Instead, Respondents entirely failed to notify the Court, and the Court did not learn of this change in circumstance until Mr. Gomez filed his notice on June 15, 2026.

Accordingly, Respondents are ORDERED TO SHOW CAUSE why sanctions should not be imposed against Respondents and their counsel of record, including case specific sanctions, monetary sanctions against Respondents, and monetary sanctions not to exceed $2500 for each counsel representing Respondents.  Respondents' written response to this Order to Show Cause is due no later than **Friday, June 26, 2026**.

A hearing on the order to show cause is set for **Monday, July 6, 2026, at 10:00 a.m.** in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California. Respondents must appear at the hearing in person; no remote appearances will be permitted.

**IT IS SO ORDERED.**

Dated: June 23, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California

2